| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**INITIAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hanan, Beth E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Eastern District of Wisconsin | 3. Date of Report<br><br>02/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>11/30/2015 |
| 7. Chambers or Office Address<br><br>517 E. Wisconsin Ave.<br>Room 140<br>Milwaukee WI 53202 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, board of trustees (Jan. 2012-April, 2015) | Catholic Charities of the Archdiocese of Milwaukee, Inc. |
| 2. | Member, board of directors (July 2011-June 2014) | Milwaukee Bar Association, Inc. |
| 3. | Member, board of directors (July 2010-Sept. 2014) | Our Lady of Grace Catholic Spirituality Center |
| 4. | Member (2006-May, 2015) | Gass Weber Mullins LLC |
| 5. | Financial power of attorney | POA 1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999-2004 | Reinhart Boerner Van Deuren s.c. Retirement Income Plan, with former law firm, no control (defined benefit pension plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 02/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013-2015 | Business net income from Gass Weber Mullins LLC membership interest | $251,406.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013-2015 | Patina Solutions Group Inc. salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 02/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 2. Franklin Mutual Global Discovery | C | Dividend | L | T | Buy | 01/22/14 | K | | |
| 3. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 4. | | | | | Sold (part) | 06/09/15 | J | | |
| 5. | | | | | Sold (part) | 01/28/14 | J | | |
| 6. | | | | | Sold (part) | 05/15/15 | J | | |
| 7. MFS Global Alternative Strategy aka MFS Diverse Target Return | A | Dividend | K | T | Buy (add'l) | 09/18/14 | J | | |
| 8. | | | | | Sold (part) | 06/09/15 | J | A | |
| 9. | | | | | Buy (add'l) | 06/20/15 | J | | |
| 10. | | | | | Buy | 01/22/14 | K | | |
| 11. | | | | | Buy (add'l) | 01/28/14 | K | | |
| 12. Oppenheimer Developing Markets | A | Dividend | L | T | Buy (add'l) | 01/22/14 | J | | |
| 13. | | | | | Sold (part) | 01/28/14 | J | A | |
| 14. | | | | | Sold (part) | 09/18/14 | J | | |
| 15. | | | | | Sold (part) | 05/15/15 | J | A | |
| 16. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 17. | | | | | Buy (add'l) | 07/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Equity Income | D | Dividend | M | T | Sold (part) | 09/18/14 | J | B | |
| 19. | | | | | Sold (part) | 05/15/15 | J | A | |
| 20. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 21. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 22. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 23. | | | | | Sold (part) | 01/28/14 | K | B | |
| 24. PIMCO Commodity Real Return Strategy | C | Dividend | K | T | Buy (add'l) | 01/22/14 | J | | |
| 25. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 26. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 27. | | | | | Sold (part) | 05/15/15 | J | A | |
| 28. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 29. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 30. Touchstone Sands Capital Select Growth | A | Dividend | M | T | Buy | 01/22/14 | K | | |
| 31. | | | | | Buy (add'l) | 01/28/14 | K | | |
| 32. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 33. | | | | | Sold (part) | 05/15/15 | J | A | |
| 34. | | | | | Sold (part) | 06/09/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 02/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 36. Voya Global Real Estate aka ING Global Real Estate | B | Dividend | K | T | Sold (part) | 09/18/14 | J | A | |
| 37. | | | | | Sold (part) | 01/28/14 | J | A | |
| 38. | | | | | Sold (part) | 05/15/15 | J | A | |
| 39. | | | | | Sold (part) | 06/09/15 | J | A | |
| 40. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 41. Voya MidCap Opportunities aka ING MidCap Opportunities | A | Dividend | M | T | Buy (add'l) | 01/22/14 | K | | |
| 42. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 43. | | | | | Sold (part) | 05/15/15 | J | A | |
| 44. | | | | | Sold (part) | 06/09/15 | J | A | |
| 45. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 46. Voya Global Real Estate aka ING global Real Estate (cont. of Line 36) | B | Dividend | K | T | Buy (add'l) | 01/22/14 | J | | |
| 47. Allianz NFJ International Value | | None | | | Sold | 01/22/14 | K | | |
| 48. Eaton Vance Income Fund of Boston | | None | | | Sold | 01/22/14 | J | | |
| 49. Janus Forty | | None | | | Sold | 01/22/14 | M | C | |
| 50. Invesco SmallCap Value | | None | | | Sold | 01/22/14 | K | | |
| 51. Invesco Comstock | | None | | | Sold | 01/22/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 02/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Invesco MidCap Core Equity | | None | | | Sold | 01/22/14 | J | A | |
| 53. Oppenheimer Global | | None | | | Sold | 01/22/14 | K | | |
| 54. Guggenheim Managed Futures Strategy | | None | | | Sold | 01/22/14 | J | A | |
| 55. Van Eck Global Hard Assets | | None | | | Sold | 01/22/14 | K | C | |
| 56. MFS Global Alternative Strategy (continuation of Line 7) | A | Dividend | K | T | Sold (part) | 05/15/15 | J | A | |
| 57. Jackson Variable Annuity - Jackson National S&P Managed Aggr. Growth | A | None | M | T | Buy | 01/29/14 | M | | |
| 58. Gass Weber Mullins LLC membership interest | | None | | | Redeemed | 05/27/15 | J | A | LLC redemption |
| 59. Patina Solutions Inc. common stock | B | Dividend | L | T | | | | | |
| 60. Patina Solutions Inc. common stock | A | Dividend | J | T | | | | | |
| 61. Patina Solutions Inc. | A | Dividend | K | T | | | | | |
| 62. Howick Associates - abandon worthless securities | | None | J | T | | 09/26/15 | J | A | Abandon |
| 63. Howick Associates - 1/3 interest | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. I have a small interest in a law firm retirement plan where I worked as an associate until 2004. I'm told that I cannot fully withdraw by lump sum until the plan is liquidated, for which there is no date at this time.

VII. Line 7 is the start of reporting transactions in MFS Global Alternative Strategy. The last entry came out of order, at Line 56, so there I repeated the Income and Gross Value info for that entire fund, not just reflective of the 05/15/15 sale.

Similarly, Line 36 is the start of reporting transactions in Voya Global Real Estate aka ING Global Real Estate. The last entry came out of order, at Line 46, so there I repeated the Income and Gross Value info for that entire fund, not just reflective of the 01/22/14 sale. This seemed easier than redoing the entire list.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Beth E. Hanan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544